**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

NENA A. WILLIAMS                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:05cv114-DCB-JCS

ALLSTATE INSURANCE COMPANY;
ALLSTATE INDEMNITY COMPANY;
AND ALLSTATE CORPORATION                                     DEFENDANTS

**ORDER OF REMAND**

    This cause having come before the Court on the plaintiff's Motion to Remand [**docket entry no. 8**], and the Court having granted the motion in an order; accordingly,

    IT IS HEREBY ORDERED that this action is **REMANDED** to the Circuit Court of Claiborne County, Mississippi.

    SO ORDERED, this the 9th day of December, 2005.

                         S/DAVID BRAMLETTE
                         UNITED STATES DISTRICT JUDGE